**Order filed March 12, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————

**NO. 01-14-00569-CV**

————————

**SHAWN WILLIAMS, SR. AND PLESHETTE WILLIAMS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SHAWN WILLIAMS, JR., JOE HOLLINGSHEAD, SHAY HOLLINGSHEAD, AND MARLENE HAWKINSON, Appellant**

**V.**

**THE CITY OF BAYTOWN, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06741**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit 8 (CD of dash cam video recording) from the City of Baytown's plea to the jurisdiction.**

The exhibit clerk of the 127th District Court is directed to deliver to the Clerk of this court the original of Exhibit 8 (CD of dash cam video recording) from the City of Baytown's plea to the jurisdiction, on or before March 23, 2015**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit 8 (CD of dash cam video recording) from the City of Baytown's plea to the jurisdiction, to the clerk of the 127th District Court.

PER CURIAM